No. 10-8932. **William Langston Meador, Petitioner v. California Correctional Institution, et al.**

563 U.S. 942, 131 S. Ct. 2104, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3136.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-8933. **Judith A. Decker-Wegener, Petitioner v. Michael H. Wegener, et al.**

563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3170, ■

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 10-8940. **Jonathan Parker, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3173.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-8944. **Vitaly Burleovitsh Kolosha, Petitioner v. Oklahoma.**

563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3123.

April 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

No. 10-8945. **Kevin D. Hall, Petitioner v. William Albrecht.**

563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3042.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-8946. **Greigory Holmes, Petitioner v. Nedra Chandler, Warden.**

563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3176.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-8949. **Araya Wolde-Giorgis, Petitioner v. Amy L. Ariss.**

563 U.S. 942, 131 S. Ct. 2105, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 2991.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 10-8955. **Tonita Hall, aka Louise Redditt, Petitioner v. Fairfax County Adult Detention Center, et al.**

563 U.S. 942, 131 S. Ct. 2106, 179 L. Ed. 2d 902, 2011 U.S. LEXIS 3172.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.